# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159063

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KEITH ERIC WOOD,
        Defendant-Appellant.

SC: 159063
COA: 342424
Mecosta CC: 17-024073-AR

_____/

On order of the Court, the application for leave to appeal the December 11, 2018 judgment of the Court of Appeals is considered, and it is GRANTED.

The American Civil Liberties Union of Michigan, Fully Informed Jury Association, and the Cato Institute are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2019



Clerk

s1001